| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Neil R. Hedtke<br>820 N. Mountain Ave.<br>Suite 109<br>Upland, CA 91786<br>909-579-2233  Fax:  866-618-1622<br>273319 CA<br>hedtkelg@gmail.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Bryan Dean Marsden<br>Ann Marie Marsden<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/19/2019     Bryan Dean Marsden                    _[signature]_
                     Printed name of Debtor 1              Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/19/2019

Ann Marie Marsden
Printed name of Debtor 2

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 2        F 1002-1.EMP.INCOME.DEC

FIRST CHOICE PROPERTY MANAGEMENT
16600 S WOODRUFF AVE STE 4
BELLFLOWER CA 90706

ORG: 230 Pac
EE ID: 2051
DD

| DATE | CHECK NO. |
|---|---|
| 06/28/2019 | 1221 |

PAY TO THE ORDER OF

ANN M MARSDEN
21981 THUNDERBIRD ROAD
APPLE VALLEY CA 92307

Total Net Direct Deposit(s)
**$1666.33**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Ann M Marsden
21981 Thunderbird Road
Apple Valley, CA 92307
Soc Sec #: xxx-xx-xxxx    Employee ID: 2051

Home Department: 230 Pac

Pay Period: 06/12/19 to 06/25/19
Check Date: 06/28/19    Check #: 1221

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1659 | 1666.33 | 21692.29 |
| **NET PAY** | **1666.33** | **21692.29** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 76.00 hrs | 145.33 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 37.25 hrs | 10.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | M64.00 | | | M913.75 | 26000.00 |
| Salary | | | 2000.00 | M20.00 | |
| Holiday | | | | M37.25 | |
| Sick | | | | M72.00 | |
| Vacation | M16.00 | | | 1043.00 | |
| Total Hours | 80.00 | | | | |
| Gross Earnings | | | 2000.00 | | 26000.00 |
| Total Hrs Worked | 64.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 1612.00 |
| Medicare | | 29.00 | 377.00 |
| Fed Income Tax | M 9 +$15 | 20.23 | 247.99 |
| CA Income Tax | M11 0 0 +$15 | 52.29 | 664.77 |
| CA Disability | | 20.00 | 260.00 |
| **TOTAL** | | **245.52** | **3161.76** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401k | 40.00 | | 520.00 |
| 401k Loan | 48.15 | 14622.15 | 625.95 |
| **TOTAL** | **88.15** | | **1145.95** |

| | NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|---|
| | | 1666.33 | 21692 |

Payrolls by Paychex, Inc.

0080 1604-2120  First Choice Property Management Co Inc • 16600 S Woodruff Ave Ste 4 • Bellflower CA 90706

FIRST CHOICE
16600 S WOODRUFF AVE STE 4
BELLFLOWER CA 90706

ORG 1 230 Pac
EE ID: 2051        DD

| DATE | CHECK NO. |
|---|---|
| 06/14/2019 | 1216 |

PAY TO THE ORDER OF

ANN M MARSDEN
21981 THUNDERBIRD ROAD
APPLE VALLEY CA 92307

Total Net Direct Deposit(s)
**$1666.33**

AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                             FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Ann M Marsden
21981 Thunderbird Road
Apple Valley, CA 92307
Soc Sec #: xxx-xx-xxxx    Employee ID: 2051

Home Department: 230 Pac

Pay Period: 05/29/19 to 06/11/19
Check Date: 06/14/19    Check #: 1216

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1659 | 1666.33 | 20025.96 |
| NET PAY | 1666.33 | 20025.96 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 68.00 hrs | 153.33 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 37.25 hrs | 0.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | M72.00 | | | M649.75 | |
| Salary | | | 2000.00 | | 24000.00 |
| Holiday | | | | M20.00 | |
| Sick | M8.00 | | | M37.25 | |
| Vacation | | | | M56.00 | |
| Total Hours | 80.00 | | | 963.00 | |
| Gross Earnings | | | 2000.00 | | 24000.00 |
| Total Hrs Worked | 72.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 1488.00 |
| Medicare | | 29.00 | 348.00 |
| Fed Income Tax | M 9 +$15 | 20.23 | 227.76 |
| CA Income Tax | MI1 0 0 +$15 | 52.29 | 612.48 |
| CA Disability | | 20.00 | 240.00 |
| TOTAL | | 245.52 | 2916.24 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401k | 40.00 | | 480.00 |
| 401k Loan | 48.15 | 14670.30 | 577.80 |
| TOTAL | 88.15 | | 1057.80 |

| NET PAY | THIS PERIOD ($) | YTD |
|---|---|---|
| | 1666.33 | 20025.9 |

Payrolls by Paychex, Inc.

0080 1604-2120    First Choice Property Management Co Inc • 16600 S Woodruff Ave Ste 4 • Bellflower CA 90706

FIRST CHOICE PROPERTY MANAGEMENT CO INC
16600 S WOODRUFF AVE STE 4
BELLFLOWER CA 90706

EE ID: 2051   DD

DATE: 05/17/2019   CHECK NO. 1204

PAY TO THE ORDER OF

ANN M MARSDEN
21981 THUNDERBIRD ROAD
APPLE VALLEY CA, 92307

Total Net Direct Deposit(s)
**$1666.33**
AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Ann M Marsden
21981 Thunderbird Road
Apple Valley, CA 92307
Soc Sec #: xxx-xx-xxxx    Employee ID: 2051

Home Department: 230 Pac

Pay Period: 05/01/19 to 05/14/19
Check Date: 05/17/19    Check #: 1204

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | M64.00 | | | M714.00 | |
| | Salary | | | 2000.00 | | 20000.00 |
| | Holiday | | | | M12.00 | |
| | Sick | M8.00 | | | M28.50 | |
| | Vacation | M8.00 | | | M48.00 | |
| | Total Hours | 80.00 | | | 802.50 | |
| | Gross Earnings | | | 2000.00 | | 20000.00 |
| | Total Hrs Worked | 64.00 | | | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1659 | 1666.33 | 16693.30 |
| **NET PAY** | 1666.33 | 16693.30 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 124.00 | 1240.00 |
| | Medicare | | 29.00 | 290.00 |
| | Fed Income Tax | M 9 +$15 | 20.23 | 187.30 |
| | CA Income Tax | MI1 0 0 +$15 | 52.29 | 507.90 |
| | CA Disability | | 20.00 | 200.00 |
| | TOTAL | | 245.52 | 2425.20 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 60.00 hrs | 148.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 28.50 hrs | 3.75 hrs |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | 401k | 40.00 | | 400.00 |
| | 401k Loan | 48.15 | 14766.60 | 481.50 |
| | TOTAL | 88.15 | | 881.50 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1666.33 | 16693.3 |

Payrolls by Paychex, Inc.

0080 1604-2120   First Choice Property Management Co Inc • 16600 S Woodruff Ave Ste 4 • Bellflower CA 90706

**FIRST CHOICE PROPERTY MANAGEMENT CO INC**
16600 S WOODRUFF AVE STE 4
BELLFLOWER CA 90706

EE ID: 2051    DD    05/31/2019    1210
DATE    CHECK NO.

PAY TO THE ORDER OF    ANN M MARSDEN
21981 THUNDERBIRD ROAD
APPLE VALLEY CA 92307

Total Net Direct Deposit(s)
**$1666.33**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Ann M Marsden
21981 Thunderbird Road
Apple Valley, CA 92307
Soc Sec #: xxx-xx-xxxx    Employee ID: 2051

Home Department: 230 Pac

Pay Period: 05/15/19 to 05/28/19
Check Date: 05/31/19    Check #: 1210

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1659 | 1666.33 | 18359.63 |
| NET PAY | 1666.33 | 18359.63 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 68.00 hrs | 153.33 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick | 29.25 hrs | 6.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | M63.75 | | | M777.75 | |
| Salary | | | 2000.00 | | 22000.00 |
| Holiday | M8.00 | | | M20.00 | |
| Sick | M0.75 | | | M29.25 | |
| Vacation | M8.00 | | | M56.00 | |
| Total Hours | 80.50 | | | 883.00 | |
| Gross Earnings | | | 2000.00 | | 22000.00 |
| Total Hrs Worked | 63.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 1364.00 |
| Medicare | | 29.00 | 319.00 |
| Fed Income Tax | M 9 +$15 | 20.23 | 207.53 |
| CA Income Tax | M!1 0 0 +$15 | 52.29 | 560.19 |
| CA Disability | | 20.00 | 220.00 |
| TOTAL | | 245.52 | 2670.72 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|
| 401k | 40.00 | | 440.00 |
| 401k Loan | 48.15 | 14718.45 | 529.65 |
| TOTAL | 88.15 | | 969.65 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1666.33 | 18359.63 |

Payrolls by Paychex, Inc.

0080 1604-2120    First Choice Property Management Co Inc • 16600 S Woodruff Ave Ste 4 • Bellflower CA 90706